UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DAVID CAMEO,<br><br>                Debtor.<br><br>AMAZON.COM SERVICES LLC,<br><br>                Plaintiff,<br><br>   v.<br><br>DAVID CAMEO,<br><br>                Defendant. | Chapter 7<br><br>Case No. 21-41803-JMM<br><br><br>Adversary No. 21-01180-JMM<br><br>**JUDGMENT** |

## JUDGMENT SUMMARY

Judgment Creditor:             AMAZON.COM SERVICES LLC

Attorneys for Judgment Creditor:    John M. Magliery, Esq.
                                                   1251 Avenue of the Americas, 21st Floor
                                                   New York, NY 10020-1104
                                                   Tel: 212-489-8230
                                                   johnmagliery@dwt.com
                                                         -and-
                                                   Lauren Dorsett, Esq.
                                                   920 Fifth Avenue, Suite 3300
                                                  Seattle, WA 98104-1610
                                                   Tel: 206-622-3150
                                                   laurendorsett@dwt.com

| | |
|---|---|
| Judgment Debtor: | David Cameo |
| Attorney for Judgment Debtor: | Roman Leonov, Esq.<br>Lust & Leonov, P.C.<br>442 5th Avenue, Suite 1715<br>New York, NY 10018<br>      -and-<br>Brian J. Hufnagel, Esq.<br>Morrison Tenenbaum PLLC<br>87 Walker Street, Floor 2<br>New York, NY 10013 |
| Principal Judgment Amount: | $2,183,162.40 |

## JUDGMENT

This matter came before the Court on Plaintiff Amazon.com Services LLC's ("**Amazon**") Motion for Summary Judgment (Adv. ECF Nos. 56-57) (the "**Motion**"). On July 13, 2021, Defendant David Cameo ("**Cameo**") filed a voluntary petition under Chapter 7 of the Bankruptcy Code with this Court. On October 12, 2021, Amazon filed its complaint against Cameo with this Court, seeking a money judgment for sums owing to Amazon as a result of Cameo's fraud, and finding the debt owed by Cameo is nondischargeable under Section 523(a)(2)(A) of the Bankruptcy Code. On November 6, 2023, Amazon filed the Motion. Cameo filed an opposition to the Motion. *See* Adv. ECF Nos. 67, 68. The Court considered the Motion, as well as each paper submitted in support of and in opposition to that Motion, the record herein, and argument from the parties' counsel during the hearing held on January 23, 2024. On May 1, 2024, the Court entered its Memorandum Decision Granting Plaintiff's Motion for Summary Judgment (Adv. ECF No. 83), which is incorporated herein by this reference. For the reasons stated in the Motion and the Court's Memorandum Decision granting the Motion, the Court finds that Amazon has met its burden under 11 U.S.C. § 523(a)(2)(A), and the relief requested in the Motion is warranted.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:**

1. Plaintiff Amazon.com Services LLC is awarded Judgment against Defendant David Cameo in the principal amount of $2,183,162.40, plus judgment **interest (JMM)** accruing from and after the date of this Judgment at the statutory rate.

2. Pursuant to 11 U.S.C. § 523(a)(2)(A), the debt owed to Amazon.com Services LLC by David Cameo under this Judgment is non-dischargeable **in (JMM)** David Cameo's current bankruptcy proceeding or any subsequent bankruptcy proceeding filed by David Cameo.

3. Plaintiff Amazon.com Services LLC may enforce this Judgment against David Cameo as allowed by applicable law.



Dated: June 3, 2024
      Brooklyn, New York

_____
Jil Mazer-Marino
United States Bankruptcy Judge